CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
Tel:   (858) 375-7385
Fax:   (888) 422-5191 (fax)
phylg@potterhandy.com

Attorneys for Plaintiff
GARY SCHERER

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendants
BRISTOL-WARNER INVESTORS LLC and
PETSMART, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Scherer,<br><br>           Plaintiff,<br><br>     vs.<br><br>Bristol-Warner Investors LLC, a Delaware Limited Liability Company; PetSmart, Inc., a Delaware Corporation; and Does 1-10,<br><br>           Defendants. | Case No. 2:19-cv-07326-CJC-KS<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS BRISTOL-WARNER INVESTORS LLC'S AND PETSMART, INC.'S RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Served: September 3, 2019<br>Current Response Date: September 24, 2019<br>New Response Date: November 5, 2019 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 109189011.1

1    WHEREAS, Plaintiff Gary Scherer ("Plaintiff") filed his Complaint on
2 August 23, 2019;
3    WHEREAS, Defendant PetSmart, Inc's ("PetSmart") current responsive
4 pleading deadline is October 28, 2019;
5    WHEREAS, the parties are in the process of discussing potential informal
6 resolution of this matter and would like additional time to continue these
7 discussions; and
8    WHEREAS, the parties' respective counsel have met and conferred and
9 stipulated to a brief extension of time for Defendants to respond to Plaintiff's
10 Complaint.  Successfully resolving this matter at the pleading stage promotes
11 judicial economy by allowing the Court to focus its scarce resources on other
12 matters.
13    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
14 through the parties' respective counsel as follows:
15    The deadline for Defendant PetSmart and Bristol-Warner Investors LLC to
16 file a responsive pleading to Plaintiff's Complaint shall be extended to November
17 5, 2019.

18  Dated:  October 24, 2019        CENTER FOR DISABILITY ACCESS

                                   By   */s/ Phyl Grace*
20                                      Phyl Grace
                                        Attorney for Plaintiff
21                                      GARY SCHERER

22  Dated:  October 24, 2019        MORGAN, LEWIS & BOCKIUS LLP

                                   By   */s/ Kathy H. Gao*
24                                      KATHY H. GAO
                                        Attorney for Defendants
25                                      BRISTOL-WARNER INVESTORS LLC
                                        and PETSMART, INC.

## **SIGNATURE ATTESTATION**

1
2    I hereby attest that all signatories listed above, on whose behalf this
3  stipulation is submitted, concur in the filing's content and have authorized the
4  filing.
5    Dated: October 24, 2019      MORGAN, LEWIS & BOCKIUS LLP
6
7                                  By  */s/ Kathy H. Gao*
                                        KATHY H. GAO
                                        Attorney for Defendants
8                                       BRISTOL-WARNER INVESTORS
                                        LLC and PETSMART, INC.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 109189011.1

2