UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Scherer,<br><br>   Plaintiff,<br><br>vs.<br><br>Bristol-Warner Investors LLC, a Delaware Limited Liability Company; PetSmart, Inc., a Delaware Corporation; and Does 1-10,<br><br>   Defendants. | Case No. 2:19-cv-07326-CJC-KS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS BRISTOL-WARNER INVESTORS LLC'S AND PETSMART, INC.'S RESPONSIVE PLEADING DEADLINE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 109250450.1

1  Based on the Parties' Joint Stipulation to Extend Defendants Bristol-Warner
2  Investors and Petsmart, Inc.'s Responsive Pleading Deadline, and good cause
3  having been shown, the Court orders that Defendants' deadline to file a responsive
4  pleading to Plaintiff's Complaint shall be extended to November 5, 2019.
5  IT IS SO ORDERED.
6
7  Dated:                    , 2019
8  _____
   Honorable Cormac J. Carney
   JUDGE OF THE DISTRICT COURT